JOHN K. LY (SBN 247477)
Email: jly@lianglyllp.com
LIANG LY LLP
601 South Figueroa Street
Suite 1950
Los Angeles, California 90017
Telephone: (213) 262-8000
Facsimile: (213) 335-7776

*Attorneys for Defendants Korn Ferry and Korn Ferry (US)*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| NICHOLAS A. VENTURA,<br><br>            Plaintiff,<br><br>vs.<br><br>RANDSTAD US LLC, RANDSTAD NORTH AMERICA INC., HIREWELL, LLC, KORN FERRY, and KORN FERRY (US)<br><br>            Defendants. | Case No.: 5:25-cv-2931<br>Sup. Case No. CIVRS2508108<br><br>**DECLARATION OF JOHN K. LY IN SUPPORT OF DEFENDANTS KORN FERRY AND KORN FERRY (US)'S NOTICE OF REMOVAL**<br><br>[Filed Concurrently with Notice of Removal of Action; Corporate Disclosure Statement; and Notice of Interested Parties]<br><br>Complaint Filed: September 25, 2025 Trial Date: None set |

LIANG LY LLP
601 South Figueroa Street, Suite 1950
Los Angeles, California 90017
213.262.8000 (Telephone) | 213.335.7776 (Facsimile)

# DECLARATION OF JOHN K. LY

I, John Ly, declare as follows:

1.      I am a partner of the law firm LIANG LY LLP, counsel of record for Defendants Korn Ferry and Korn Ferry (US) (collectively, "Korn Ferry").  I submit this declaration in support of Korn Ferry's Notice of Removal.  I have personal knowledge of the foregoing and, if called upon as a witness, I could and would competently testify thereto.

2.      A true and correct copy of the complaint ("Complaint") filed by Plaintiff against Defendants Randstad US LLC, Randstad North America Inc., Hirewell LLC, Korn Ferry, and Korn Ferry (US), (collectively, "Defendants") in the Superior Court of the State of California, County of San Bernardino, which initiated Case No. CIVRS2508108 ("State Court Action") is attached hereto and marked "**Exhibit A**."

3.      On October 3, 2025, Korn Ferry was served with Plaintiff's Complaint by personal and substituted service.  True and correct copies of the Proof of Service for Korn Ferry is attached hereto and marked "**Exhibit B**."

4.      On October 19, 2025, Korn Ferry was served with Statements of Damages and Witness Lists.  True and correct copies of the Statements of Damages and Witness Lists for Korn Ferry is attached hereto and marked "**Exhibit C**."

I have read the foregoing declaration and I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct, and that this declaration is executed in Los Angeles, California on October 29, 2025.

/s/ John Ly
John K. Ly

LIANG LY LLP
601 South Figueroa Street, Suite 1950
Los Angeles, California 90017
213.262.8000 (Telephone) | 213.335.7776 (Facsimile)

# Exhibit A

**NICHOLAS A. VENTURA**

**16232 PROMONTORY ROAD**

**CHINO HILLS, CALIFORNIA,**

**91709**

**(909) 342-8599**

**In Pro Per**

Electronically Filed
Superior Court of California
County of San Bernardino
Rancho Cucamonga District
9/25/2025 4:28 PM
By: Kayla Schuebel, DEPUTY

## SUPERIOR COURT OF THE STATE OF
## CALIFORNIA COUNTY OF SAN BERNARDINO

| | |
|---|---|
| **NICHOLAS A. VENTURA,** <br> Plaintiff, <br> v. <br> **RANDSTAD US  LLC, RANDSTAD NORTH AMERICA INC., HIREWELL, LLC, KORN FERRY, and KORN FERRY (US)** <br> Defendant | Case No.:    CIVRS2508108 <br><br> **COMPLAINT FOR DAMAGES** <br><br> **UNLIMITED CIVIL CASE** |

1. **CONSPIRACY TO COMMIT FRAUD AND WIRE FRAUD**
2. **UNLAWFUL SOLICITATION OF INVESTMENT**

Date: **10/01/2025**

_____
  Nicholas A.Ventura

*Nicholas A. Ventura*

**COMPLAINT**

Ventura v. Randstad US, LLC, et al.
Case No.
Complaint
1

P a g e  | 1

## COMPLAINT

Plaintiff Nicholas Alexander Ventura ("Plaintiff") by and through his federal, state, and jurisdictional rights for self-representation *Faretta California S* appears before this court seeking damages e ceeding 35,000.00 and in an amount to be determined in court from RANDSTAD US, LLC, RANDSTAD NORTH AMERICA, INC, HIREWELL INC., KORN FERRY , AND KORN FERRY US (collectively referred to as "Defendants"). Such economic and non-economic damages arise out of the Defendants (1) conspiracy to commit fraud or organi ed crime after the Plaintiff applied to obs on their website from their place of residence within this venue s urisdiction, (2) unlawful solicitation of investment SEC Act of 1933 and securities fraud 1 U.S.C. 134 and SEC Rule 10b-5 , 3 wire fraud 1 U.S.C. 1343 , by manipulating the Plaintiff to convert cash to a range of digital currencies and invest it in their web-passed platforms named urve.fun and Near.eco on multiple occasions throughout 2024 that, in result, demonstrated interconnectivity of criminals clearly stating they work on behalf of the Defendants.

## PARTIES

1. The plaintiff is an adult individual who resides in Chino Hills, California and is in pro se representation (Sixth Amendemnt and 28 U.S.C. §1654).

2. Defendant, RANDSTAD US, LLC and RANDSTAD NORTH AMERICA, INC. are limited liability companies formed in Delaware with principal address 3625 Cumberland Blvd., Suite 500, Atlanta, GA, 30339 and registered agent, CSC - Lawyers Incorporating Service at 2710 Gateway Oaks Drive, Sacramento, CA.

3. Defendant, HIREWELL, INC. is a stock corporation formed in Delaware with principal address 625 W. Adams St., Chicago, IL, 60661 and registered agent, C T Corporation System at 330 N. Brand Blvd., Glendale, CA.

5. Defendant, KORN FERRY and KORN FERRY US, are stock corporations formed in Delaware with principal addresses at 1900 Avenue of the Stars, Suite 1225, Los Angeles, CA, 90067 and registered agent, CSC - Lawyers Incorporating Service at 2710 Gateway Oaks Drive, Sacramento, CA.

## JURISDICTION AND VENUE

6. This court has urisdiction over this matter as the damages arise from transactions affecting the Plaintiff occurring in the municipality of Chino Hills in San Bernardino County.

## FACTS

7. The Plaintiff affirms that the crimes committed by the Defendants and brought forth here occurred between April 2024 and September 2024.

. On or around April 1st, 2024, the Plaintiff applied to obs on the Defendants staffing websites specifically describing positions in *"Life Sciences"* and *"Pharmaceuticals"* that matched his previous e perience gained and appeared to e ceed the minimum ualifications.

9. Shortly after, the Plaintiff received a phone call from an individual representing *"Randstad"* in their Life Sciences unit and was asked multiple interview-like uestions after having shared their resume with the applications. The individual concluded the call by stating that there were only positions for *"Coin Collectors"* and *"Trading Cards"*.

10. On or around April 13th, 2024, the Plaintiff started receiving a series of SMS messages from the recruiters notifying them that they would be transferred to WhatsApp to continue the conversation.

11. The recruiters each  then provided their name and the organi ation  Defendants  they were with through WhatsApp messaging and then proceeded to describe the  obs where they began vaguely disclosing that they worked for secondary companies and the roles they were filling would be responsible for completing daily tasks during working hours and the tasks had specific rules vaguely.

12. The Plaintiff was contacted on April 13th, 2024 by Annie    1 509-494- 533  in connection with Randstad Recruitment US and   urve  un, an international app promotion company and referencing an individual named Emilia Clare.

13. The Plaintiff was contacted on April 15th, 2024 by an individual using the names Annie and Cynthia    1 6 3-900-3421  in connection with Hirewell Employment and Near Eco, an international application promotion company.

14. The Plaintiff was contacted on  une 1, 2024 by Evelyn    1 5 1-441-9 15  in connection with  orn  erry and   urve  un, an international app promotion company.

15. The Plaintiff was contacted on  une 4th, 2024 by Lee    1 213-72 -790    in connection with  orn  erry,   urve  un, and Evelyn.

16. The Plaintiff was contacted by others during this same window, but has not been able to retrieve sufficient evidence of their affiliation.

17. The Plaintiff was prompted to create accounts on their " or  enches" including log-ins, passwords, withdraw addresses, withdraw passwords, merchant addresses which effectively worked to confuse the Plaintiff and falsify a sense of security.

1 . To further illustrate the organized crime, the Plaintiff was transferred to separate chats where "Customer service" agents provided different access information, daily incentives to participate which never actualized, and was sent into group chats where specific instructions

were announced and the individuals involved were submitting suspicious messages about receiving payouts after putting certain amounts of money in as specified by the bulletin that was posted in the chat. This group chat was the main driver of action whicle the recruiter played the manipulative role and become very personal, even flirting multiple days in a row.

19. The Plaintiff was then  convinced to buy cryptocurrencies during a particularly vulnerable time through peer-to-peer payment applications Venmo and CashApp, and cryptocurrency trading platforms Coinbase and Kraken.

20. Each time, the Plaintiff's investments led to locked funds in the *"workbench"* or web platform and critical economic and damages and loss of trust following constructive discharge and harassment-denial to hire.

## CAUSES OF ACTION

## FIRST CAUSE OF ACTION

### CONSPIRACY TO COMMIT FRAUD AND WIRE FRAUD

21. At all relevant times, Defendants, acting individually and in concert with unknown co-conspirators, agreed to and participated in a scheme to defraud Plaintiff and similarly situated individuals through the impersonation of legitimate recruiting companies and the solicitation of fraudulent cryptocurrency investments (18 U.S.C. §1961 - 1968).

22. The conspiracy included the following overt acts: (a) creating an d maintaining fraudulent recruiting personas using Defendants' company names and purported affiliations; (b) coordinating communications across multiple phone numbers and messaging platforms; (c) operating interconnected cryptocurrency investment

Ventura v. Randstad US, LLC, et al.
Case No.
Complaint
5

platforms "Kurve.fun" and "Near.eco"; (d) sharing common personnel and referencing the same individuals (including "Emilia Clare") across different company impersonations; (e) implementing standardized manipulation tactics including fake workbenches, group chats with fabricated success stories, and personal relationship building.

23. Defendants' conspiracy was designed to and did induce Plaintiff to invest money in fraudulent cryptocurrency schemes by misrepresenting their identities, affiliations, and the nature of the investment opportunities.

## SECOND CAUSE OF ACTION

### UNLAWFUL SOLICITATION OF INVESTMENT/SECURITIES FRAUD

26. The investment contracts and schemes promoted by Defendants constitute *"securities"* within the meaning of California Corporations Code Section 25019 and federal securities laws *(SEC v. W.J. Howey 1964,* 15 U.S.C. §77q(a) Securities Act §17(a)), as they involved: (a) an investment of money; (b) in a common enterprise; (c) with expectation of profits; (d) derived from the efforts of others; (e) use of internet-based solicitations and transactions.

27. Defendants offered and sold these securities to Plaintiff without proper registration or valid exemption under state and federal securities laws as demonstrated by their use of daily incentives or payouts in relation to the fake job opportunity showing elements of Scienter and Reliance (15 U.S.C. §78j(b) Exchange Act Rule §10(b) and Rule 10b-5).

28. In connection with the offer and sale of securities, Defendants: (a) made material misstatements and omissions of fact; (b) failed to disclose their true identities and lack of legitimate business operations; (c) misrepresented the risks associated with the investmnets; (d) failed to provide required disclosures regarding the investment schemes.

29. Defendants' conduct violates California Corporations Code Section 25401 and constitutes grounds for civil liability under state securities laws.

## PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff prays for judgment as follows:

(a) As a direct and proximate result of Defendants' conspiracy, Plaintiff suffered economic damages in an amount to be proven at trial, but expected to exceed $35,000.00.

(b) The Plaintiff is seeking non-economic damages to account for severe emotional distress, including but not limited to anxiety, loss of trust, humiliation, and psychological harm.

(c) The Plaintiff is also seeking injunctive relief on behalf of others potentially harmed and to be harmed by these organizations under the pretense of being job seekers in the United States of America.

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

Electronically Filed
Superior Court of California
County of San Bernardino
Rancho Cucamonga District
9/30/2025
By: Kayla Schuebel, DEPUTY

**NOTICE TO DEFENDANT:** RANDSTAD US, LLC, RANDSTAD NORTH AMERICA, INC., HIREWELL, INC., KORN FERRY, and KORN FERRY (US)
***(AVISO AL DEMANDADO):***

**YOU ARE BEING SUED BY PLAINTIFF:** Nicholas A. Ventura
***(LO ESTÁ DEMANDANDO EL DEMANDANTE):***

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is: Rancho Cucamonga Superior Court, 8303 Haven Avenue, Rancho Cucamonga, California, 91730
*(El nombre y dirección de la corte es):*

**CASE NUMBER:** *(Número del Caso):*
CIVRS2508108

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):* Nicholas A. Ventura, 16232 Promontory Rd., Chino Hills, California, 91709

DATE: 9/30/2025
*(Fecha)*

Clerk, by /s/ Kayla Schuebel , Deputy
*(Secretario)* *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)*:

3. ☐ on behalf of *(specify)*:

    under: ☐ CCP 416.10 (corporation)      ☐ CCP 416.60 (minor)
    ☐ CCP 416.20 (defunct corporation)    ☐ CCP 416.70 (conservatee)
    ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
    ☐ other *(specify)*:
4. ☐ by personal delivery on *(date)*:

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
*www.courts.ca.gov*

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Nicholas A. Ventura, In Pro Per, 16232 Promontory Road, Chino Hills, CA, 91709 | Electronically Filed<br>Superior Court of California<br>County of San Bernardino<br>Rancho Cucamonga District<br>9/25/2025 4:28 PM<br>By: Kayla Schuebel, DEPUTY |

TELEPHONE NO.:  (909) 342-8599    FAX NO. :
EMAIL ADDRESS:  nicholasaventura@hotmail.com
ATTORNEY FOR *(Name):*  Not applicable; In Pro Se

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO**
STREET ADDRESS:  8303 Haven Ave
MAILING ADDRESS:  8303 Haven Ave
CITY AND ZIP CODE:  Rancho Cucamonga, 91730
BRANCH NAME:  Rancho Cucamonga Superior Court

CASE NAME:  Ventura v. RANDSTAD US, LLC, RANDSTAD NORTH AMERICA, INC., HIREWELL, INC., KORN FERRY, and KORN FERRY (US)

| **CIVIL CASE COVER SHEET** | **Complex Case Designation** | CASE NUMBER: CIVRS2508108 |
|---|---|---|
| [x] **Unlimited** (Amount demanded exceeds $35,000)    [ ] **Limited** (Amount demanded is $35,000 or less) | [ ] Counter   [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | JUDGE:<br>DEPT.: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)
**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[ ] Product liability (24)
[ ] Medical malpractice (45)
[ ] Other PI/PD/WD (23)
**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[x] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)
**Employment**
[ ] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[ ] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)
**Real Property**
[ ] Eminent domain/Inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)
**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)
**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)
**Enforcement of Judgment**
[ ] Enforcement of judgment (20)
**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint *(not specified above)* (42)
**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition *(not specified above)* (43)

2. This case [ ] is [ ] is not    complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties    d. [x] Large number of witnesses
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve    e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   c. [ ] Substantial amount of documentary evidence    f. [x] Substantial postjudgment judicial supervision
3. Remedies sought *(check all that apply):* a. [x] monetary b. [x] nonmonetary; declaratory or injunctive relief c. [ ] punitive
4. Number of causes of action *(specify):*
5. This case [ ] is [x] is not    a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*
Date: 09/25/2025

Nicholas A. Ventura
(TYPE OR PRINT NAME)

▶ *Nicholas A. Ventura*
(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the Civil Case Cover Sheet contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the Civil Case Cover Sheet to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property Damage/Wrongful Death
Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
Asbestos (04)
  Asbestos Property Damage
  Asbestos Personal Injury/ Wrongful Death
Product Liability *(not asbestos or toxic/environmental)* (24)
Medical Malpractice (45)
  Medical Malpractice– Physicians & Surgeons
  Other Professional Health Care Malpractice
Other PI/PD/WD (23)
  Premises Liability (e.g., slip and fall)
  Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
  Intentional Infliction of Emotional Distress
  Negligent Infliction of Emotional Distress
  Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business Practice (07)
Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
  Legal Malpractice
  Other Professional Malpractice *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
  Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
  Contract/Warranty Breach–Seller Plaintiff *(not fraud or negligence)*
  Negligent Breach of Contract/ Warranty
  Other Breach of Contract/Warranty
Collections (e.g., money owed, open book accounts) (09)
  Collection Case–Seller Plaintiff
  Other Promissory Note/Collections Case
Insurance Coverage *(not provisionally complex)* (18)
  Auto Subrogation
  Other Coverage
Other Contract (37)
  Contractual Fraud
  Other Contract Dispute

**Real Property**
Eminent Domain/Inverse Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
  Writ of Possession of Real Property
  Mortgage Foreclosure
  Quiet Title
  Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
  Writ–Administrative Mandamus
  Writ–Mandamus on Limited Court Case Matter
  Writ–Other Limited Court Case Review
Other Judicial Review (39)
  Review of Health Officer Order
  Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
  Abstract of Judgment (Out of County)
  Confession of Judgment *(non-domestic relations)*
  Sister State Judgment
  Administrative Agency Award *(not unpaid taxes)*
  Petition/Certification of Entry of Judgment on Unpaid Taxes
  Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified above)* (42)
  Declaratory Relief Only
  Injunctive Relief Only *(non- harassment)*
  Mechanics Lien
  Other Commercial Complaint Case *(non-tort/non-complex)*
  Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate Governance (21)
Other Petition *(not specified above)* (43)
  Civil Harassment
  Workplace Violence
  Elder/Dependent Adult Abuse
  Election Contest
  Petition for Name Change
  Petition for Relief From Late Claim
  Other Civil Petition

**CIVIL CASE COVER SHEET**

For your protection and privacy, please press the Clear

# Exhibit B

<table>
<tr><td>

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State, Bar number, and address):*
**Nicholas Ventura <nicholasaventura@hotmail.com>**
**16232 Promontory Road**

TELEPHONE NO.: **909-342-8599**   FAX NO. *(Optional):*
E-MAIL ADDRESS *(Optional):*
ATTORNEY FOR *(Name):* **Nicholas A. Ventura**

</td><td>

*FOR COURT USE ONLY*

Electronically Filed
Superior Court of California
County of San Bernardino
Rancho Cucamonga District
10/6/2025 6:57 PM
By: Gabriela Flores, DEPUTY

</td></tr>
</table>

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO**
STREET ADDRESS: **8303 North Haven Avenue**
MAILING ADDRESS: **8303 North Haven Avenue**
CITY AND ZIP CODE: **Rancho Cucamonga 91730**
BRANCH NAME: **Rancho Cucamonga Courthouse**

PLAINTIFF/PETITIONER: **Nicholas A. Ventura**

DEFENDANT/RESPONDENT: **Randstad US LLC; Randstad North America Inc.; Hirewell, LLC; Korn Ferry, Korn Ferry (US)**

CASE NUMBER:
**CIVRS2508108**

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.:
**TX-78590**

*BY FAX*

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of *(specify documents):*
   **Complaint; Civil Case Cover Sheet; Summons**

3. a. Party served *(specify name of party as shown on documents served):*
   **CSC - Lawyers Incorporting Service ON BEHALF OFKORN FERRY**

   b. [X]  Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b whom substituted service was made) *(specify name and relationship to the party named in item 3a ):*
   **Alex Jenkins**

4. Address where the party was served:
   **2710 Gateway Oaks Dr, Sacramento, CA 95833**

5. I served the party *(check proper box)*
   a. [ ]  **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):*          at *(time):*

   b. [X]  **by substituted service.** On *(date):* **10/03/2025** at *(time):* **12:09 PM** I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*
   **Alex Jenkins, I delivered the documents to an individual who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired black female contact 18-25 years of age, 5'-5'4" tall and weighing 140-160 lbs.**

   (1) [X]  **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) [ ]  **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) [ ]  **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) [X]  I thereafter caused to be mailed (by first class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc § 415.20). Documents were mailed on *(date):*          from *(city):*          **or** [X]  a declaration of mailing is attached.

   (5) [X]  I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 3

Form Adopted for Mandatory Use
Judicial Council of California POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure. § 417.10
Tracking #: **0189257271**

REF: **TX-78590**

| PLAINTIFF/PETITIONER: Nicholas A. Ventura | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Randstad US LLC; Randstad North America Inc.; Hirewell, LLC; Korn Ferry, Korn Ferry (US) | CIVRS2508108 |

c. ☐ **by mail and acknowledgement of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

(1) on *(date):*                    (2) from *(city):*

(3) ☐ with two copies of the *Notice and Acknowledgement of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30)

(4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☐ as an individual defendant.

b. ☐ as the person sued under the fictitious name of *(specify):*

c. ☐ as occupant.

d. ☒ On behalf of *(specify)*   **CSC - Lawyers Incorporting Service ON BEHALF OFKORN FERRY**

under the following Code of Civil Procedure section:

☒ 416.10 (corporation)                    ☐ 415.95 (business organization, form unknown)
☐ 416.20 (defunct corporation)            ☐ 416.60 (minor)
☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
☐ 416.40 (association or partnership)      ☐ 416.90 (authorized person)
☐ 416.50 (public entity)                   ☐ 415.46 (occupant)
                                           ☐ other:

7. **Person who served papers**

a. Name:                **Ahmed Abdelmoneim Tawfik Ahmed**
b. Address:             **2130 RIGGS AVE, SACRAMENTO, CA 95835**
c. Telephone number:    **619-724-8030**
d. The fee for service was: **$ 75.00**
e. I am:

(1) ☐ not a registered California process server.

(2) ☐ exempt from registration under Business and Professions Code section 22350(b).

(3) ☒ registered California process server:

(i) ☐ owner  ☐ employee  ☒ independent contractor.  For:  **ABC Legal Services, LLC**

(ii) ☒ Registration No.: **2025-058**         Registration #: **6779**

(iii) ☒ County:  **SACRAMENTO COUNTY, CALIFORNIA**  County:  **Los Angeles**

**BY FAX**

Page 2 of 3

**PROOF OF SERVICE OF SUMMONS**

Tracking #: **0189257271**



REF: **TX-78590**

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. ☐ **I am a California sheriff or marshal and I certify** that the foregoing is true and correct.

Date: 10/03/2025

| | |
|---|---|
| **Ahmed Abdelmoneim Tawfik Ahmed** | |
| (NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL) | (SIGNATURE) |



REF: **TX-78590**

**PROOF OF SERVICE OF SUMMONS**

Tracking #: **0189257271**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State, Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Nicholas Ventura <nicholasaventura@hotmail.com> 16232 Promontory Road | |

TELEPHONE NO.: **909-342-8599**        FAX NO. *(Optional):*

E-MAIL ADDRESS *(Optional):*

ATTORNEY FOR *(Name):*  **Nicholas A. Ventura**

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO**

STREET ADDRESS:  **8303 North Haven Avenue**

MAILING ADDRESS:  **8303 North Haven Avenue**

CITY AND ZIP CODE:  **Rancho Cucamonga 91730**

BRANCH NAME:  **Rancho Cucamonga Courthouse**

PLAINTIFF/PETITIONER: **Nicholas A. Ventura**

DEFENDANT/RESPONDENT: **Randstad US LLC; Randstad North America Inc.; Hirewell, LLC; Korn Ferry, Korn Ferry (US)**

CASE NUMBER:  **CIVRS2508108**

**DECLARATION OF REASONABLE DILIGENCE**

Ref. No. or File No.:  **TX-78590**

Party to Serve:
**CSC - Lawyers Incorporting Service ON BEHALF OFKORN FERRY**

Documents:
**Complaint; Civil Case Cover Sheet; Summons**

Service Address:
**2710 Gateway Oaks Dr, Sacramento, CA 95833**

I declare the following attempts were made to effect service by personal delivery:

**BY FAX**

Person who performed diligence:
**Ahmed Abdelmoneim Tawfik Ahmed**
**2130 RIGGS AVE, SACRAMENTO, CA 95835**
**619-724-8030**

I am a registered California process server
  Registration No.:   2025-058
  County:         SACRAMENTO COUNTY, CALIFORNIA

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct.

Date:   10/03/2025

_____
  Ahmed Abdelmoneim Tawfik Ahmed
  (NAME OF PERSON WHO PERFORMED DILIGENCE)

_____
  (SIGNATURE)

Tracking #: **0189257271**

REF: **TX-78590**

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State, Bar number, and address):*
Nicholas Ventura <nicholasaventura@hotmail.com>
16232 Promontory Road

TELEPHONE NO.: **909-342-8599**    FAX NO. *(Optional):*
E-MAIL ADDRESS *(Optional):*
ATTORNEY FOR *(Name):* Nicholas A. Ventura

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO**
STREET ADDRESS: **8303 North Haven Avenue**
MAILING ADDRESS: **8303 North Haven Avenue**
CITY AND ZIP CODE: **Rancho Cucamonga 91730**
BRANCH NAME: **Rancho Cucamonga Courthouse**

*FOR COURT USE ONLY*

Electronically Filed
Superior Court of California
County of San Bernardino
Rancho Cucamonga District
10/6/2025 6:57 PM
By: Gabriela Flores, DEPUTY

PLAINTIFF/PETITIONER: Nicholas A. Ventura

DEFENDANT/RESPONDENT: Randstad US LLC; Randstad North America Inc.; Hirewell, LLC; Korn Ferry, Korn Ferry (US)

CASE NUMBER:
**CIVRS2508108**

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.:
**TX-78590**

**BY FAX**

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of *(specify documents):*
   **Complaint; Civil Case Cover Sheet; Summons**

3. a. Party served *(specify name of party as shown on documents served):*
   **CSC - Lawyers Incorporting Service on behalf of KORN FERRY (US)**

   b. **[X]** Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b whom substituted service was made) *(specify name and relationship to the party named in item 3a ):*
   **Alex Jenkins**

4. Address where the party was served:
   **2710 Gateway Oaks Dr, Sacramento, CA 95833**

5. I served the party *(check proper box)*

   a. **[X]** **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* **10/03/2025** at *(time):* **12:09 PM**

   b. **[ ]** **by substituted service.** On *(date):*        at *(time):*        I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

   (1) **[ ]** **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) **[ ]** **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) **[ ]** **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) **[ ]** I thereafter caused to be mailed (by first class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc § 415.20). Documents were mailed on *(date):*        from *(city):*        **or [ ]** a declaration of mailing is attached.

   (5) **[ ]** I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 3

Form Adopted for Mandatory Use
Judicial Council of California POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure. § 417.10

Tracking #: **0189257099**

REF: **TX-78590**



| PLAINTIFF/PETITIONER:  Nicholas A. Ventura | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT:   Randstad US LLC; Randstad North America Inc.; Hirewell, LLC; Korn Ferry, Korn Ferry (US) | CIVRS2508108 |

c. ☐ **by mail and acknowledgement of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

 (1) on *(date):*  (2) from *(city):*

 (3) ☐ with two copies of the *Notice and Acknowledgement of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30)

 (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

 ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☐ as an individual defendant.

b. ☐ as the person sued under the fictitious name of *(specify):*

c. ☐ as occupant.

d. ☒ On behalf of *(specify)* **CSC - Lawyers Incorporting Service on behalf of KORN FERRY (US)**

 under the following Code of Civil Procedure section:

 ☒ 416.10 (corporation)  ☐ 415.95 (business organization, form unknown)
 ☐ 416.20 (defunct corporation)  ☐ 416.60 (minor)
 ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
 ☐ 416.40 (association or partnership)  ☐ 416.90 (authorized person)
 ☐ 416.50 (public entity)  ☐ 415.46 (occupant)
   ☐ other:

7. **Person who served papers**

 a. Name:  **Ahmed Abdelmoneim Tawfik Ahmed**
 b. Address:  **2130 RIGGS AVE, SACRAMENTO, CA 95835**
 c. Telephone number:  **619-724-8030**
 d. The fee for service was: **$ 75.00**
 e. I am:
  (1) ☐ not a registered California process server.
  (2) ☐ exempt from registration under Business and Professions Code section 22350(b).

  (3) ☒ registered California process server:
   (i) ☐ owner  ☐ employee  ☒ independent contractor. For:  **ABC Legal Services, LLC**
   (ii) ☒ Registration No.: **2025-058**  Registration #: **6779**
   (iii) ☒ County:  **SACRAMENTO COUNTY, CALIFORNIA**  County:  **Los Angeles**

**BY FAX**

POS-010 [Rev. January 1, 2007]  **PROOF OF SERVICE OF SUMMONS**  Tracking #: **0189257099**



REF: **TX-78590**

# Exhibit C

*- DO NOT FILE WITH THE COURT -*
*- UNLESS YOU ARE APPLYING FOR A DEFAULT JUDGMENT UNDER CODE OF CIVIL PROCEDURE § 585 -*

**CIV-050**

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address):*<br>Nicholas Alexander Ventura in pro se<br>16232 Promontory Road<br>Chino Hills, California, 91709<br><br>TELEPHONE NO.:<br>(909) 342-8599<br><br>ATTORNEY FOR *(name):* Nicholas Alexander Ventura | *FOR COURT USE ONLY* |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** SAN BERNARDINO
STREET ADDRESS: 8303 Haven Avenue
MAILING ADDRESS: 8303 Haven Avenue
CITY AND ZIP CODE: Rancho Cucamonga 91730
BRANCH NAME: Rancho Cucamonga District

PLAINTIFF: Nicholas Alexander Ventura

DEFENDANT: Randstad US LLC, Randstad NA, Hirewell LLC, Korn Ferry, Korn Ferry (US)

| STATEMENT OF DAMAGES<br>(Personal Injury or Wrongful Death) | CASE NUMBER:<br>CIVRS2508108 |
|---|---|

To *(name of one defendant only):* Korn Ferry (US)
Plaintiff *(name of one plaintiff only):* Nicholas Alexander Ventura
seeks damages in the above-entitled action, as follows:

AMOUNT

1. **General damages**
   a. ☐ Pain, suffering, and inconvenience .............................................. $ _____
   b. ☒ Emotional distress. ..................................................................... $ ____30,000.00
   c. ☐ Loss of consortium ...................................................................... $ _____
   d. ☐ Loss of society and companionship *(wrongful death actions only)* ................ $ _____
   e. ☐ Other *(specify)* _____ $ _____
   f. ☐ Other *(specify)* _____ $ _____
   g. ☐ Continued on Attachment 1.g.

2. **Special damages**
   a. ☐ Medical expenses *(to date)* ........................................................ $ _____
   b. ☐ Future medical expenses *(present value)* .................................... $ _____
   c. ☐ Loss of earnings *(to date)* ......................................................... $ _____
   d. ☐ Loss of future earning capacity *(present value)* ......................... $ _____
   e. ☒ Property damage ........................................................................ $ ____6,200.00
   f. ☐ Funeral expenses *(wrongful death actions only)* ............................... $ _____
   g. ☐ Future contributions *(present value) (wrongful death actions only)* ........... $ _____
   h. ☐ Value of personal service, advice, or training *(wrongful death actions only)* ...... $ _____
   i. ☒ Other *(specify)* Lost Opportunity Cost $ ____1,800.00
   j. ☒ Other *(specify)* Default on Debt Payments and Interest Accrued $ ____7,386.64
   k. ☐ Continued on Attachment 2.k.

3. ☒ **Punitive damages:** Plaintiff reserves the right to seek punitive damages in the amount of *(specify)*.. $ ____150,000.00
   when pursuing a judgment in the suit filed against you.

Date: 10/19/2025

Nicholas Alexander Ventura
_____
(TYPE OR PRINT NAME)

▶ *Nicholas A. Ventura*
_____
(SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)

(Proof of service on reverse)

Page 1 of 2

**CIV-050**

| PLAINTIFF: Nicholas Alexander Ventura | CASE NUMBER: |
|---|---|
| DEFENDANT: Randstad US LLC, Randstad North America Inc., Hirewell LLC, Korn Ferry, and Korn Ferry (US) | CIVRS2508108 |

## PROOF OF SERVICE

*(After having the other party served as described below, with any of the documents identified in item 1, have the person who served the documents complete this Proof of Service. Plaintiff cannot serve these papers.)*

1. I served the
   a. ☐ Statement of Damages   ☐ Other   *(specify):*
   b. on *(name):*
   c. by serving ☐ defendant   ☐ other   *(name and title or relationship to person served):*
   d. ☐ by delivery   ☐ at home   ☐ at business
      (1) date:
      (2) time:
      (3) address:
   e. ☐ by mailing
      (1) date:
      (2) place:

2. Manner of service *(check proper box):*
   a. ☐ **Personal service.** By personally delivering copies. (Code Civ. Proc., § 415.10.)
   b. ☐ **Substituted service on corporation, unincorporated association (including partnership), or public entity.** By leaving, during usual office hours, copies in the office of the person served with the person who apparently was in charge and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left. (Code Civ. Proc., § 415.20(a).)
   c. ☐ **Substituted service on natural person, minor, conservatee, or candidate.** By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of the office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the  person served at the place where the copies were left. (Code Civ. Proc., § 415.20(b).) **(Attach separate declaration or affidavit stating acts relied on to establish reasonable diligence in first attempting personal service.)**
   d. ☐ **Mail and acknowledgment service.** By mailing (by first-class mail or airmail, postage prepaid) copies to the person served, together with two copies of the form of notice and acknowledgment and a return envelope, postage prepaid, addressed to the sender. (Code Civ. Proc., § 415.30.) **(Attach completed acknowledgment of receipt.)**
   e. ☐ **Certified or registered mail service.** By mailing to an address outside California (by first-class mail, postage prepaid, requiring a return receipt) copies to the person served. (Code Civ. Proc., § 415.40.) **(Attach signed return receipt or other evidence of actual delivery to the person served.)**
   f. ☐ **Other** *(specify code section):*
      ☐ additional page is attached.

3. At the time of service I was at least 18 years of age and not a party to this action.
4. Fee for service: $
5. Person serving:
   a. ☐ California sheriff, marshal, or constable
   b. ☐ Registered California process server
   c. ☐ Employee or independent contractor of a registered California process server
   d. ☐ Not a registered California process server
   e. ☐ Exempt from registration under Business and Professions Code section 22350(b)

   f. Name, address, and telephone number and, if applicable, county of registration and number:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

*(For California sheriff, marshal, or constable use only)*
I certify that the foregoing is true and correct.

Date:

Date:

► _____
(SIGNATURE)

► _____
(SIGNATURE)

**PROOF OF SERVICE**
(Statement of Damages)
Code of Civil Procedure §§ 425.11, 425.115

For your protection and privacy, please press the Clear This Form button after you have printed the form.

| Print this form | Save this form | Clear this form |

1    **NICHOLAS A. VENTURA**

2    **16232 PROMONTORY ROAD**

3    **CHINO HILLS, CALIFORNIA,**

4    **91709**

5    **(909) 342-8599**

6

7    **In Pro Per**

8                    **SUPERIOR COURT OF THE STATE OF**

9                  **CALIFORNIA COUNTY OF SAN BERNARDINO**

10

11   **NICHOLAS A. VENTURA,**              )   Case No.: CIVRS2508108
                                           )
12              Plaintiff,                 )
                      v.                   )
13   **RANDSTAD US LLC, RANDSTAD NORTH**   )
     **AMERICA INC., HIREWELL LLC, KORN**  )   **EXHIBIT LIST**
14      **FERRY, and KORN FERRY (US)**     )
              Defendant                    )
15   _____      )

16

17

18

19

20

21

22

23

24

25   Date: **10/12/2025**

26

27   _____          *Nicholas A. Ventura*
           Nicholas A.Ventura
28

                         **EXHIBIT LIST**

Ventura v. Randstad, et al.
Case No.: CIVRS2508108
Exhibit List
1                              P a g e  | **1**

## EXHIBIT LIST

1. **Records of Cryptocurrency Transactions.** Documents from Coinbase showing all transactions made by Plaintiff Nicholas A. Ventura in 2024 related to the investment scheme, including dates, and amounts.

2. **Secondary Investment Platform and Associated Cryptocurrency Wallet Information.** Screenshots of the fraudulent platforms called "workbench" interfaces from "Kurve.fun", "Near.eco", "Vobtap", and "AirBnB" websites.

3. **WhatsApp Communications with "Annie."** Exported chat logs of all communications between Plaintiff and the individual identified as "Annie" (Phone: +1-509-494-8533), who claimed to represent Randstad and and was in relation to Kurve.fun.

4. **WhatsApp Communications with "Annie/Cynthia."** Exported chat logs of all communications between Plaintiff and the individual identified as "Annie" or "Cynthia" (Phone: +1-626-390-0342), who claimed to represent to represent Hirewell Employment and and was in relation to Near.eco.

5. **WhatsApp Communications with "Evelyn."** Exported chat logs of all communications between Plaintiff and the individual identified as "Evelyn" (Phone: +1-561-441-9615), who claimed to represent Korn Ferry and was in relation to Kurve.fun.

6. **WhatsApp Communications with "Lee."** Exported chat logs of all communications between Plaintiff and the individual identified as "Lee" (Phone: +1-213-726-7908),

who claimed to represent Korn Ferry and be connected with "Evelyn" in connection to Kurve.fun.

**7. Diagram of Alleged Fraudulent Investment Scheme.** A process map created by Plaintiff illustrating the step-by-step process of the alleged fraud, from initial contact to the loss of funds.

**8. Record of Fraud Report to Bank of America Branch in Chino Hills.** Documentation of Plaintiff's attempt to report the fraudulent activity to Bank of America, including the date of the report and any reference numbers provided.

**9. Plaintiff's List of Potential Agents of Defendants Acting in the Wire Fraud/Investment Scheme.** Table created using phone numbers and Beenverified.com elucidating identity information and additional scheme mechanisms  the Plaintiff interacted with while caught in Kurve.fun, Near.eco, and other "workbenches" mentioned.

10. SUBP-002 List:

    a. Bandwidth, LLC (VoIP platform)

    b. T-Mobile USA, Inc.

    c. Meta Platforms, Inc. ("WhatsApp")

11. SUBP-001 List (if required):

    a. Jennifer Anne Higdon - Kurve.fun and Randstad

    b. Anthony Demauro - Kurve.fun and Randstad

    c. Iesheka Evans - Kurve.fun and Randstad

    d. Sharron P Holiday - Kurve.fun and Randstad

    e. Tyran Trevan Copeland - Kurve.fun and Randstad

    f. Monique Y Linson - Kurve.fun and Randstad

    g. Sheri J Melhim - Kurve.fun and Randstad

    h. Muhanad G. Kalasho - Kurve.fun and Randstad

    i. Jhoselyn Yajaira Zotelo - Kurve.fun and Randstad

1

j. Igor B. Potapov - Kurve.fun and Randstad

2

k. Marc Cerulli Jr. Jr. - Kurve.fun and Randstad

3

l. Lisa M. Kinney - Kurve.fun and Randstad

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**NICHOLAS A. VENTURA**

**16232 PROMONTORY ROAD**

**CHINO HILLS, CALIFORNIA,**

**91709**

**(909) 342-8599**

**In Pro Per**

### SUPERIOR COURT OF THE STATE OF
### CALIFORNIA COUNTY OF SAN BERNARDINO

| | |
|---|---|
| **NICHOLAS A. VENTURA,** | ) Case No.: CIVRS2508108 |
| Plaintiff, | ) |
| v. | ) |
| RANDSTAD US LLC, RANDSTAD NORTH AMERICA INC., HIREWELL, LLC, KORN FERRY, and KORN FERRY (US) Defendants | ) **WITNESS LIST** |

Date: **10/19/2025**

_____
Nicholas A.Ventura

*Nicholas A. Ventura*

**Witness List**

Ventura v. Randstad US, et al.
Case No.: CIVRS02508108
Witness List
1

P a g e  | **1**

# WITNESS LIST

1. Immediate family members (3)

2. Close family members (2)

3. Bank of America Branch Representatives (2)

4. Potential agents identified:
   (a) Jennifer Anne Higdon
   (b) Anthony Demauro
   (c) Iesheka Evans
   (d) Sharron P Holiday
   (e) Tyran Trevan Copeland
   (f) Monique Y Linson
   (g) Sheri J Melhim
   (h) Muhanad G. Kalasho
   (i) Jhoselyn Yajaira Zotelo
   (j) Igor B. Potapov
   (k) Mac Cerulli Jr Jr
   (l) Lisa M. Kinney

5. Additional character witnesses as needed