**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Nicholas A. Ventura<br><br>v.<br><br>Randstad US LLC et al<br><br>PLAINTIFF(S) / DEFENDANT(S) | CASE NUMBER<br>5:25-cv-02931-SRM-DTB<br><br>**ORDER RE APPLICATION FOR PERMISSION FOR ELECTRONIC FILING** |

IT IS ORDERED that the Application for Permission for Electronic Filing by Nicholas A. Ventura is hereby:    Plaintiff

☑ GRANTED

Pursuant to Local Rule 5-4.1.1, the applicant must register to use the Court's CM/ECF System within five (5) days of being served with this order. Registration information is available at the Pro Se Litigant E-Filing web page located on the Court's website. Upon registering, the applicant will receive a CM/ECF login and password that will allow him/her to file non-sealed documents electronically in this case only. Any documents being submitted under seal must be manually filed with the Clerk.

Dated: January 20, 2026

_United States District/Magistrate Judge_

☐ DENIED

*Comments:*

Dated: _____

_United States District/Magistrate Judge_

CV-05 Order (12/15)    ORDER RE APPLICATION FOR PERMISSION FOR ELECTRONIC CASE FILING